**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

**Interactive Products Corporation,**
    **Plaintiff**

-vs-                                  Case No.  C-1-99-731

**a2z Mobile Office
Solutions, Inc., et al.,**
    **Defendants**

# JUDGMENT

        **Jury Verdict.**    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X        **Decision by Court.**    This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED that:**

    The Report & Recommendation is ADOPTED.  Plaintiff shall pay Defendants a2z Mobile Office Solutions, Inc. and Brian Lee's reasonable expenses of $5,128.32; Plaintiff shall pay Defendants Mobile Office Enterprises, Inc. and Douglas Mayer's reasonable expenses of $6,480.56.  The motions for attorney's fees are DENIED.

    Plaintiff's objections to the Report & Recommendation are OVERRULED. The bill of costs (Doc. 55, Exhibit A), is referred to the clerk of court for disposition.

Date:  November 10, 2003                            KENNETH J. MURPHY, JR., Clerk

                                                By:  s/Mary C. Brown
                                                       Mary C. Brown, Deputy Clerk